UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANAL INSURANCE COMPANY

        Plaintiff,

-against-

GINNETTI TRUCKING, LLC, a Connecticut Limited Liability Corporation, BRUCE LAURITZEN, individually, EDDYS N. GARCIA, as Administrator of the Goods, Chattels and Credits which were of WENDY SANTOS, deceased, EDDYS N. GARCIA, individually, EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, KENNY J. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, OLGA GARCIA, individually, RAFAEL SALVADOR, individually, KEYLIE SALVADOR, an infant by her mother and natural guardian, OLGA GARCIA, ANGEL RIVERA, individually, EDART LEASING COMPANY, LLC, a Massachusetts Limited Liability Corporation, and DASILVA TAUNTON EXPRESS, a Massachusetts business entity, form unknown,

        Defendants.

08 CV 01588

MOTION TO ADMIT COUNSEL
PRO HAC VICE

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Raymond D. McElfish, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hoc vice of Jeffrey C. Lynn.

    Applicant's Name:    Jeffrey C. Lynn
    Firm Name:    McElfish Law Firm
    Address:    1112 N. Sherbourne Drive
    City/State/Zip:    West Hollywood, CA 90069
    Phone Number:    310-659-4900
    Fax Number:    310-659-4926

Jeffrey C. Lynn is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Jeffrey C. Lynn in any State or Federal court.

Dated:
City, State:

Respectfully submitted,

_____
Sponsor: Raymond D. McElfish, Esq.
SDNY BAR: 2466829
Firm Name: McElfish Law Firm
Address: 1790 Broadway, Suite 702
City/State/Zip: New York, NY 10019
Phone Number: 212-307-5100
Fax number: 212-307-5200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CANAL INSURANCE COMPANY | _____ cv _____ ( __ ) |
| Plaintiff, | **08 CV 01588** |
| -against- | AFFIDAVIT OF RAYMOND D. McELFISH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| GINNETTI TRUCKING, LLC, a Connecticut Limited Liability Corporation, BRUCE LAURITZEN, individually, EDDYS N. GARCIA, as Administrator of the Goods, Chattels and Credits which were of WENDY SANTOS, deceased, EDDYS N. GARCIA, individually, EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, KENNY J. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, OLGA GARCIA, individually, RAFAEL SALVADOR, individually, KEYLIE SALVADOR, an infant by her mother and natural guardian, OLGA GARCIA, ANGEL RIVERA, individually, EDART LEASING COMPANY, LLC, a Massachusetts Limited Liability Corporation, and DASILVA TAUNTON EXPRESS, a Massachusetts business entity, form unknown, | |
| Defendants. | |

---

State of New York   )
                    )   ss:
County of New York  )

Raymond D. McElfish, being duly sworn, hereby deposes and says as follows:

1. I am President of McElfish Law Firm, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffrey C. Lynn as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Jeffrey C. Lynn since 2005.

4. Jeffrey C. Lynn is a senior associate at McElfish Law Firm in West Hollywood, California.

5. I have found Mr. Lynn to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey C. Lynn, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jeffrey C. Lynn, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey C. Lynn, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:
City, State:
Notarized:

Respectfully Submitted

_____
Raymond D. McElfish, Esq.
SDNY Bar Code: 2466829

HENRIETTA KOPECKY
COMM. #1642531
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Jan. 31, 2010

# ACKNOWLEDGMENT

State of California
County of _____Los Angeles_____)

On __DEcember 25, 2008__ before me, __Henrietta Kopecky, notary public__
(insert name and title of the officer)

personally appeared __Raymond D. McElfish__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

HENRIETTA KOPECKY
COMM. #1642531
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Jan. 31, 2010



**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

January 15, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY CHARLES LYNN, #97698 was admitted to the practice of law in this state by the Supreme Court of California on May 29, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANAL INSURANCE COMPANY

        Plaintiff,

-against-

GINNETTI TRUCKING, LLC, a Connecticut Limited Liability Corporation, BRUCE LAURITZEN, individually, EDDYS N. GARCIA, as Administrator of the Goods, Chattels and Credits which were of WENDY SANTOS, deceased, EDDYS N. GARCIA, individually, EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, KENNY J. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, OLGA GARCIA, individually, RAFAEL SALVADOR, individually, KEYLIE SALVADOR, an infant by her mother and natural guardian, OLGA GARCIA, ANGEL RIVERA, individually, EDART LEASING COMPANY, LLC, a Massachusetts Limited Liability Corporation, and DASILVA TAUNTON EXPRESS, a Massachusetts business entity, form unknown,

        Defendants.

**08 CV 01588**

MOTION TO ADMIT COUNSEL
PRO HAC VICE
ON WRITTEN MOTION

---

Upon the motion of Raymond D. McElfish, attorney for Canal Insurance Company, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Applicant's Name:    Jeffrey C. Lynn
    Firm Name:    McElfish Law Firm
    Address:    1112 N. Sherbourne Drive
    City/State/Zip:    West Hollywood, CA 90069
    Phone Number:    310-659-4900
    Fax Number:    310-659-4926

Is admitted to practice pro hac vice as counsel for Canal Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Feb. 15, 2008
City, State:

_____
United State District/Magistrate Judge