UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CANAL INSURANCE COMPANY,    Docket No.: 08-CV-1588

              Plaintiff,

      -against-

GINNETTI TRUCKING, LLC, a Connecticut Limited Liability Corporation, BRUCE LAURITZEN, individually, EDDYS N. GARCIA, as Administrator of the Goods, Chattels and Credits which were of WENDY SANTOS, deceased, EDDYS N. GARCIA, individually, EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, KENNY J. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, OLGA GARCIA, individually, RAFAEL SALVADOR, individually, KEYLIE SALVADOR, an infant by her mother and natural guardian, OLGA GARCIA, ANGEL RIVERA, individually, EDART LEASING COMPANY, LLC, a Massachusetts Limited Liability Corporation, and DASILVA TAUNTON EXPRESS, a Massachusetts business entity, form unknown,

             Defendants.
------------------------------------------------------------X

**WAVIER OF SERVICE PURSUANT TO F.R.P.C. RULE 4(d)**

    I hereby admit and acknowledge receipt of a Summons and Interpleader Complaint in the above-captioned matter, received at Gair, Gair Conason, Steigman & Mackauf, 80 Pine Street, New York, New York, and agree to waive formal service of a summons on behalf of my client, EDDYS N. GARCIA, Individually.

I affirm the above as true under penalty of perjury

Date: 3/12/08

By: Anthony H. Gair
Gair, Gair Conason, Steigman & Mackauf