UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CANAL INSURANCE COMPANY,                         Docket No.: 08-CV-1588

              Plaintiff,

          -against-

GINNETTI TRUCKING, LLC, a Connecticut
Limited Liability Corporation, BRUCE
LAURITZEN, individually, EDDYS N.
GARCIA, as Administrator of the Goods,          **WAVIER OF SERVICE**
Chattels and Credits which were of WENDY        **PURSUANT TO**
SANTOS, deceased, EDDYS N. GARCIA,              **F.R.P.C. RULE 4(d)**
individually, EDDY I. GARCIA, an infant by
his father and natural guardian, EDDYS N.
GARCIA, KENNY J. GARCIA, an infant by
his father and natural guardian, EDDYS N.
GARCIA, OLGA GARCIA, individually,
RAFAEL SALVADOR, individually, KEYLIE
SALVADOR, an infant by her mother and
natural guardian, OLGA GARCIA, ANGEL
RIVERA, individually, EDART LEASING
COMPANY, LLC, a Massachusetts Limited
Liability Corporation, and DASILVA
TAUNTON EXPRESS, a Massachusetts
business entity, form unknown,

              Defendants.
-----------------------------------------------------------X

     I hereby admit and acknowledge receipt of a Summons and Interpleader

Complaint in the above-captioned matter, received at Gair, Gair Conason, Steigman &

Mackauf, 80 Pine Street, New York, New York, and agree to waive formal service of a

summons on behalf of my client, KENNY J. GARCIA, an infant by his father natural

guardian, EDDYS N. GARCIA

I affirm the above as true under penalty of perjury.

Date: 3/12/08

                                        _____
                                        By
                                        Gair, Gair Conason, Steigman & Mackauf