**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

### AFFIDAVIT OF SERVICE

Index No: **08 CV 1588**

Plaintiff/Petitioner: **Canal Insurance Company**

Defendant/Respondent: **Ginnetti Trucking, LLC., et al.**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss.:

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty−one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **03/22/2008** at **4:30 PM**, I served the within **Summons and Complaint for Declaratory Relief and Interpleader; Rule 7.1 Statement; Motion to Admit Counsel Pro Hac Vice** on Bruce Lauritzen at 1011 Durham Road , Madison, CT 06443 in the manner indicated below:

☑ SUITABLE AGE: By delivering a true copy of each to **Don Lauritzen, Father**, a person of suitable age and discretion. Said premised is recipient's ☐ actual place of business ☑ dwelling house (usual place of abode) within the state.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|-----|---------------|---------------|-----|--------|--------|
| **Male** | **White** | **Gray** | **70** | **5'10** | **275** |
| Other features: | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
___24___ day of ___March___, 20_08_
by an affiant who is personally known to
me or produced identification.

X_____
Stuart Perlmutter

_Linda J. Perlmutter_
NOTARY PUBLIC
My Commission Expires: _12/31/08_

CANAL INSURANCE COMPANY

                                                    Plaintiff(s)

                          - against -

  GINNETTI TRUCKING, LLC, A CONNECTICUT LIMITED LIABILITY
  CORPORATION, ETAL

                                                    Defendant(s)

Index # 08 CV 1588

Purchased February 15, 2008
File # LA33-112

Mail Date March 31, 2008

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 31, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF AND INTERPLEADER; RULE 7.1 STATEMENT; MOTION TO ADMIT COUNSEL PRO HAC VICE to BRUCE LAURITZEN at

1011 DURHAM ROAD
MADISON, CT 06443

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: March 31, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**JONATHAN GRABER**
License #: 1102041
Invoice #: 458806

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728