UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
CANAL INSURANCE COMPANY,                          Docket No.: 08-CV-1588

          Plaintiff,

     -against-

GINNETTI TRUCKING, LLC, a Connecticut
Limited Liability Corporation, BRUCE
LAURITZEN, individually, EDDYS N.            **WAIVER OF SERVICE**
GARCIA, as Administrator of the Goods,       **PURSUANT TO**
Chattels and Credits which were of WENDY     **F.R.C.P. RULE 4(d)**
SANTOS, deceased, EDDYS N. GARCIA,
individually, EDDY I. GARCIA, an infant by
his father and natural guardian, EDDYS N.
GARCIA, KENNY J. GARCIA, an infant by
his father and natural guardian, EDDYS N.
GARCIA, OLGA GARCIA, individually,
RAFAEL SALVADOR, individually, KEYLIE
SALVADOR, an infant by her mother and
natural guardian, OLGA GARCIA, ANGEL
RIVERA, individually, EDART LEASING
COMPANY, LLC, a Massachusetts Limited
Liability Corporation, and DASILVA
TAUNTON EXPRESS, a Massachusetts
business entity, form unknown,

          Defendants.
------------------------------------------------X

    I hereby admit and acknowledge receipt of a Summons and Interpleader Complaint in the above-captioned matter, received at Yanover & Yanover 50 Charles Lindbergh Boulevard, Suite 400, Uniondale, New York, and agree to waive formal service of a summons on behalf of my client, RAFAEL SALVADOR, individually.

I affirm the above as true under penalty of perjury.

Date: 4/14/08

By: _____
Yanover & Yanover