UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: MCELFISH LAW FIRM

---

CANAL INSURANCE COMPANY

Plaintiff(s)

Index # 08 CV 1588

- against -

Purchased February 15, 2008
File # LA33-112

GINNETTI TRUCKING, LLC, A CONNECTICUT LIMITED LIABILITY CORPORATION, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF MA   : COUNTY OF Plymouth ss:

James A. Carey BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 1004 Pheasant Lane, Middleboro, MA 02346

That on April 14, 2008 at 02:50 PM at

295 Constitution Drive
TAUNTON, MA 02780

deponent served the within SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF AND INTERPLEADER; RULE 7.1 STATEMENT; MOTION TO ADMIT COUNSEL PRO HAC VICE on DASILVA TAUNTON EXPRESS, A MASSACHUSETTS BUSINESS ENTITY, FORM UNKNOWN therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to CHRIS DA SILVA a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | White | Brown/Gray | 50 | 5' 11' | 210 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 15, 2008
Notary: Bari L. Williams

BARI L. WILLIAMS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 12, 2014

Server: James A. Carey

Invoice #: 458797