LSK&D #: 02114-6015 / 881128
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CANAL INSURANCE COMPANY,

                                                  Plaintiff,

            -against-

GINNETTI TRUCKING, LLC, a Connecticut Limited Liability Corporation, BRUCE LAURITZEN, individually, EDDYS N. GARCIA, as Administrator of the Goods Chattels and Credits which were of WENDY SANTOS, deceased, EDDYS N. GARCIA, individually, EDDY I. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, KENNY J. GARCIA, an infant by his father and natural guardian, EDDYS N. GARCIA, OLGA GARCIA, individually, RAFAEL SALVADOR, individually, KEYLIE SALVADOR, an infant by her mother and natural guardian, OLGA GARCIA, ANGEL RIVERA, individually, EDART LEASING COMPANY, LLC., a Massachusetts Limited Liability Corporation, and DASILVA TAUNTON EXPRESS, Massachusetts business entity, form unknown,

                                                  Defendant.
----------------------------------------------------------------x

CIVIL ACTION NO.:
08 CV 01588

FEDERAL SDNY
STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant, GINNETTI TRUCKING, LLC, certifies that upon information and belief, the following corporations are involved in this matter:

GINNETTI TRUCKING, LLC.

Pursuant to Federal Rule 7.1, defendant, GINNETTI TRUCKING, LLC, identifies the following publicly held parent corporations and publicly held corporations that own ten percent or more of GINNETTI TRUCKING, LLC. stock:

      NONE.

Dated:      New York, New York
                May 8, 2008

                                Respectfully submitted,

                                LESTER SCHWAB KATZ & DWYER, LLP

                                Ellen M. Spindler (ES-4839)
                                Harold J. Derschowitz (HJD-9910)
                                Attorneys for Defendant
                                GINNETTI TRUCKING, LLC,
                                120 Broadway
                                New York, New York  10271
                                (212) 964-6611

TO:

Daniel A. Howard, Esq.
McElfish Law Firm
1112 N. Sherbourne Drive
West Hollywood, California 90069

Bruce Lauritzen
1011 Durham Road
Madison, Connecticut 06443

Gair, Gair Conason, Steigman & Mackauf
80 Pine Street
New York, New York 10005

Yanover & Yanover
50 Charles Lindbergh Blvd, Suite 400
Uniondale, NY 11553

Edart Leasing Company, LLC
100 Wales Avenue
Avon, Massachusetts 02322

Dasilva Taunton Express
513 John Hancock Road
Taunton, Massachusetts 02780